

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00050-CV

YOLANDA SUMMERS                                        APPELLANT

V.

WARREN PROP. INC. D/B/A                                APPELLEE
WARRENT TERRACE APTS.

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Formal Motion To Withdraw/Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

------------

[1]*See* Tex. R. App. P. 47.4.

PANEL:    MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  April 3, 2014